FILED

DEC 1 5 2021

SUPPRESSED COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **4:21CR710 HEA/SPM** |
| TYRON QUINN, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 15, 2021, in the City of St. Louis, Missouri, within the Eastern District

of Missouri,

**TYRON QUINN,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance

containing Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about October 21, 2021, in the City of St. Louis, Missouri, within the Eastern District

of Missouri,

**TYRON QUINN,**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about October 29, 2021, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### TYRON QUINN,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about November 10, 2021, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### TYRON QUINN,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT ONE

The Grand Jury further charges that:

On or about November 29, 2021, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### TYRON QUINN,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney